Certificate Number: 16339-CAC-DE-032700913

Bankruptcy Case Number: 19-10709



16339-CAC-DE-032700913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 21, 2019</u>, at <u>8:45</u> o'clock <u>PM EDT</u>, <u>Ernest Gonzales</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>April 21, 2019</u>          By:   <u>/s/Kelley Tipton</u>

Name:   <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>